# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 1, 2019

## NO. 03-18-00622-CV

### E. T.-M., Appellant

### v.

### Texas Department of Family and Protective Services and M. L., Appellees

### APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the order signed by the trial court on August 29, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.